**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 18-29739 |
|---|---|---|
| Beth K Bechard | Hearing Date: | 01/08/19 at 10:00 AM |
| | Chapter: | 13 |
| | Judge: | ABA |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr. , United States Bankruptcy Judge.

**Reason for Hearing:**  Objection to Application for Early Termination of Loss Mitigation Period filed by MidFirst Bank

**Location of Hearing:**  Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**  January 8, 2019 at 10:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: December 11, 2018

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  December 11 , 20 18  this notice was served on the following: Debtors, Debtors Attorney, Creditor's Attorney, Trustee and US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Beth K Bechard  
    Debtor

Case No. 18-29739-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: Dec 11, 2018  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
db　　　　+Beth K Bechard,　　22 Hemple Rd,　　Salem, NJ 08079-9445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:  
    Denise E. Carlon　　on behalf of Creditor　　MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald　　on behalf of Creditor　　MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Seymour Wasserstrum　　on behalf of Debtor Beth K Bechard mylawyer7@aol.com, ecf@seymourlaw.net  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5