Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29739−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Beth K Bechard
   22 Hemple Rd
   Salem, NJ 08079

Social Security No.:
   xxx−xx−6897

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 23, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 18-29739-ABA
Beth K Bechard                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 23, 2020
                              Form ID: 148             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Beth K Bechard,    22 Hemple Rd,    Salem, NJ 08079-9445
lm             +Midland Mortgage,    PO Box 268806,   Oklahoma City, OK 73126-8806
517794144      +KLM Law Group PC,    216 Haddon Ave,    Suite 406,    Collingswood, NJ 08108-2812
517905039      +Memorial Hospital of Salem County,     c/o PASI,    PO Box 188,    Brentwood TN 37024-0188
517915398      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517794145       Midland Mortgage,    Po Box 5025,   Oklahoma City, OK 73126
517794147       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517794148      +Quinton Township Tax Collecto,    885 Salem Quinton Rd,    Salem, NJ 08079-1217
517794150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517794149      +Salem Hospital Corp ER,    2810 Walker Road,   Attn: Medical Services Billing,
                 Chattanooga, TN 37421-1082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:38      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Jan 24 2020 04:18:00      IRS Department of Treasury,    955 S. Springfield Ave,
                 Bldg A,   Springfield, NJ  07081
517794138      +EDI: GMACFS.COM Jan 24 2020 04:18:00      Ally Financial,   PO Box 130424,
                 Saint Paul, MN 55113-0004
517820700       EDI: GMACFS.COM Jan 24 2020 04:18:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517794139       E-mail/Text: bankruptcy@pepcoholdings.com Jan 23 2020 23:56:06
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517794140      +EDI: CCS.COM Jan 24 2020 04:18:00      CCS Collections,    PO Box 607,    Norwood, MA 02062-0607
517810795      +E-mail/Text: newyork.bnc@ssa.gov Jan 23 2020 23:57:10      Social Security Administration,
                 1500 Woodlawn Drive,   Baltimore, MD 21241-1500
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517794141*       IRS,    PO Box 744,   Springfield, NJ 07081-0744
517794143*      +IRS,    1601 Market St,   Philadelphia, PA 19103-2301
517794142*       IRS,    PO Box 725,   Special Procedures Function,    Springfield, NJ 07081
517849790*       IRS,    P.O.Box 7346,   Philadelphia PA 19101-7346
517818861*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517794146     ##+Midwest Recovery Systems,    2747 W. Clay St A,   Saint Charles, MO 63301-2557
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2020
                              Form ID: 148             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Beth K Bechard mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```